Leander Young
4549 Dryden Av
St. Louis, Missouri 63115
314-297-7131

RECEIVED + FILED

2015 NOV 24 PM 3: 58

CLERK. US BANKRUPTCY COURT
EASTERN DISTRICT
OF MISSOURI

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Debtor
Leander Young ████-6916              Case No. 15-44343-705
                                     Motion to Disgorge


I Leander Young am requesting to disgorge Dean Meriwether's fees under Bankruptcy
Code 329(b) and seeking a waiver of the reopening fee if possible. Mr. Meriwether failed
to earn the fees paid to him as a result of incompetently representing the Debtor
(Leander Young). Mr. Meriwether was never present for any questions or concerns that I
had. He did not file the necessary documents in the time allowed by the courts. Mr.
Meriwether did not make an appearance for my creditors meeting.


                    Thank You,
                    Leander Young


                    Leander Young
                    4549 Dryden Ave
                    St Louis MO 63115
                    (314) 297-7131