**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ELAINNA DORAY HUDSON, | ) | Case No. 15-40826 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 52] |
| In Re: | ) | |
| | ) | |
| LEANDER YOUNG, | ) | Case No. 15-44343 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 41] |
| In Re: | ) | |
| | ) | |
| KEISHA RENITA WHITE, | ) | Case No. 15-45524 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 43] |
| In Re: | ) | |
| | ) | |
| DIANA MARIE REARDON, | ) | Case No. 15-46634 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 31] |
| In Re: | ) | |
| | ) | |
| WILLIAM HENRY MARTIN, III, and, | ) | Case No. 15-47021 |
| LANISHA DESHA MARTIN, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 35] |
| In Re: | ) | |
| | ) | |
| LOIS ANN ADDAMS, | ) | Case No. 15-47076 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 34 |
| In Re: | ) | |
| | ) | |
| CHIQUITA D. SNIDER, | ) | Case No. 15-47344 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 27] |
| In Re: | ) | |
| | ) | |
| JUAN DEVON MILLER, | ) | Case No. 15-47865 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 27] |

| In Re: | ) | |
|---|---|---|
| NETTIE BELL RHODES, | ) | Case No. 15-49062 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 22] |
| In Re: | ) | |
| | ) | |
| TONI DAVENPORT, | ) | Case No. 15-49067 |
| | ) | Chapter 7 |
| Debtor. | ) | [Related to Doc. No. 27] |

**NOTICE OF COMPLIANCE**

COMES NOW Respondent Critique Services, LLC by an through its counsel and submits the following proof of compliance with the Order of Judge Rendlen Directing Disgorgement dated May 17, 2016. The following list of Debtors have been repaid the amounts listed which were mailed to the Debtors prior to this date on which Critique Services, LLC's Notice of Compliance is being filed.

| Date | Debtor: | Amount | |
|---|---|---|---|
| 05/24/16 | Elainna Hudson | $ | 349.00 |
| 05/24/16 | Leander Young | $ | 349.00 |
| 05/24/16 | Keisha White | $ | 349.00 |
| 05/24/16 | Diana Reardon | $ | 349.00 |
| 05/24/16 | William & Lanisha Martin | $ | 399.00 |
| 04/14/16 | Lois Adams | $ | 299.00 |
| 05/24/16 | Chiquita Snider | $ | 349.00 |
| 05/24/16 | Juan Miller | $ | 349.00 |
| 04/14/16 | Nettie Rhodes | $ | 684.00 |
| 05/24/16 | Toni Davenport | $ | 349.00 |

See attached copies of payments

Respectfully submitted,

/s/ Laurence D. Mass
Laurence D. Mass        #30977
Attorney for Critique Services, LLC &
    Beverly Holmes Diltz
230 So. Bemiston Ave., Suite 1200
Clayton, Missouri 63105
Telephone: (314) 862-3333 ext. 20
Facsimile: (314) 862-0605
Email:        laurencedmass@att.net

## CERTIFICATE OF SERVICE

    By signature above I hereby certify that I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri by using the CM/ECF system, and that a copy will be served by the CM/ECF system upon those parties indicated by the CM/ECF system.

By: /s/ Laurence D. Mass